UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HEIDI PETERSEN,**

        **Plaintiff,**

v.                                                                          Case No. 6:24-cv-1596-CEM-LHP

**ROWAN-SALISBURY SCHOOL SYSTEM,**

        **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's pro se Request for Case Dismissal and Request for Refund for Court Fees ("Motion," Doc. 20). The United States Magistrate Judge issued a Report and Recommendation (Doc. 22) recommending that the Motion be construed as a notice of voluntary dismissal and be granted in part and denied in part, (*id.* at 3).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 22) is **ADOPTED** and made a part of this Order.

2. The Plaintiff's Request for Case Dismissal and Request for Refund for Court Fees (Doc. 20) is **GRANTED in part**.

    a. This case is **DISMISSED without prejudice**.

    b. The remainder of the Motion is **DENIED**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 9, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party